UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VALERIE R. BATCHELOR,**

    **Plaintiff,**

v.                                       Case No.  8:08-cv-144-T-30TGW

**TAMPA ELECTRIC COMPANY,**

    **Defendant.**
_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiff's response to the Court's Order to Show Cause why this action should not be dismissed for lack of service.  Plaintiff's response indicates that she mailed the Complaint to Defendant via certified mail, and that the same was received by Defendant on February 7, 2008.  Pursuant to Rule 4, Federal Rules of Civil Procedure, service of a summons and a copy of the complaint by mail is improper unless the plaintiff first obtains a waiver of service from the defendant.  Accordingly, Plaintiff has not properly served the Defendant.

It is therefore ORDERED AND ADJUDGED that Plaintiff has sixty (60) days to properly serve Defendant pursuant to FED. R. CIV. P. 4, failing which this cause shall be dismissed without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on June 17, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-144.order re service.frm