## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**VALERIE R. BATCHELOR,** *pro se*,

    **Plaintiff,**

v.                                                   **Case No.  8:08-cv-144-T-30TGW**

**TAMPA ELECTRIC COMPANY,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss Amended Complaint for Failure to State a Claim Upon Which Relief May be Granted (Dkt. 13). Plaintiff has failed to timely respond to the Motion. The Court, having thus considered the Motion without the benefit of a response, determines it should be granted.

Plaintiff, proceeding *pro se*, has attempted to state a claim for discrimination and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII"). As with her Original Complaint, Plaintiff's Amended Complaint[1] fails to comport with the requirements the Federal Rules of Civil Procedure. Plaintiff's Amended Complaint does not contain "a short plain statement of [her] claim showing that the pleader is entitled to relief" as required by Fed.R.Civ.P. 8(a)(2). Furthermore, Plaintiff has not stated her claims in numbered paragraphs or separate counts as required by Fed.R.Civ.P. 10(b).

---

[1] The Court construes the document labeled "Amendant" to be Plaintiff's Amended Complaint.

Accordingly, the Court determines Plaintiff's Amended Complaint should be dismissed. However, the Court will again allow to amend her Complaint to correct these defects. Plaintiff is advised to be as specific as possible regarding the facts underlying her claims. Plaintiff should include the approximate dates on which the relevant events occurred, together with the names of all parties involved in the alleged discrimination. Moreover, Plaintiff should separate her claims, specify the specific law that was allegedly violated, and identify how, when, and by whom she was discriminated against.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. 13) is **GRANTED**.

2. Plaintiff's Amended Complaint is **DISMISSED without prejudice.**

3. Plaintiff shall have twenty (20) days to amend her Complaint in accordance with the Federal Rules of Civil Procedure, failing which this case shall be closed without further notice.

4. All pending motions, if any, are denied as moot.

**DONE** and **ORDERED** in Tampa, Florida on December 19, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-144.second mtd.frm